SCWC-17-0000884

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WELLS FARGO BANK, N.A.,
Respondent/Plaintiff-Appellee,

vs.

RUSSEL EDWARD COLE,
Petitioner/Defendant-Appellant,

and

WAIKOLOA VILLAGE ASSOCIATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000884; CIVIL NO. 15-1-293K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Russel Edward Cole's

application for writ of certiorari filed on April 26, 2019 is hereby

rejected.

DATED: Honolulu, Hawai'i, June 26, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

